NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:01CR108-007/RV

DONNA MARIE CARLOS

On March 6, 2002 the above named was placed on Supervised Release for a period of four (4) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that DONNA MARIE CARLOS be discharged from Supervised Release.

Respectfully submitted,

Jeffrey M. Ishee
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _____ day of _____ June _____, 2006.

Roger Vinson
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST..FLA.
PENSACOLA, FLA.

2006 JUN 02   1:15 PM

FILED